```
1  PHILLIP A. TALBERT
   United States Attorney
2  CHAN HEE CHU
   Special Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-po-00159-SAB |
|---|---|
| Plaintiff, | [Citations #FBHR002C, F5444126 CA/42] |
| v. | |
| CASEY L. HERNANDEZ | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:22-po-00159-SAB [Citations #FBHR002C, F5444126 CA/42] against CASEY L. HERNANDEZ, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: October 18, 2022                    Respectfully submitted,

                                              PHILLIP A. TALBERT
                                              United States Attorney

By:   /s/ *Chan Hee Chu*
        CHAN HEE CHU
        Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:22-po-00159-SAB [Citations #FBHR002C, F5444126 CA/42] against CASEY L. HERNANDEZ be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  **October 19, 2022**

UNITED STATES MAGISTRATE JUDGE